Report Date: May 2, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Alan Blythe          Case Number: 0980 2:17CR00217-WFN-1

Address of Offender:                    Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 12, 2013

Original Offense:          Conspiracy to Distribute Controlled Substances , 21 U.S.C. § 846

Original Sentence:    Prison - 50 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    U.S. Attorney's Office        Date Supervision Commenced: March 14, 2017

Defense Attorney:    Federal Defender's Office      Date Supervision Expires: March 13, 2020

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2** : The defendant shall not commit another federal, stated or local crime. |

**Supporting Evidence**: Mr. Blythe was in direct violation of mandatory condition #2 by being arrested for malicious mischief domestic violence on April 26, 2019.

On March 15, 2017, Mr. Blythe was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Blythe signed his judgment reflecting he understood each condition.

This officer reviewed Spokane County Sheriff's Office report # 2019-10055473. It states that on April 26, 2019, Mr. Blythe was arrested at his residence for throwing a dresser drawer, which broke a window. Mr. Blythe was having a verbal argument with his girlfriend at that time. He was released from custody on April 27, 2019. His next court date is in Spokane County District Court on May 7, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/02/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/6/19

Date